

**FILED**
DISTRICT COURT OF GUAM

AUG 2 9 2005

MARY L.M. MORAN
CLERK OF COURT

**CASE NO. 00-00052          DATE: August 29, 2005**

HON. S. JAMES OTERO, Designated Judge, Presiding
Court Reporter: Wanda M. Miles
Hearing Electronically Recorded - RUN TIME: 11:47:14 - 12:28:45

Law Clerk: JUDITH HATTORI
Courtroom Deputy: Leilani Toves Hernandez
CSO: J. Lizama / L.. Gogo

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT: ROLAND ASPRER DEGUZMAN**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.

**ATTY : CURTIS VAN DE VELD**
( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY: KARON JOHNSON**

**AGENT:**

**U.S. PROBATION:  ROBERT CARREON**

**U.S. MARSHAL: F. TAITAGUE**

**PROCEEDINGS:          MOTION TO DISMISS**

( X ) MOTION(s) ARGUED BY    ( ) GOVERNMENT     ( X ) DEFENDANT(s)
( X ) MOTION(s)  __X__ Granted    ____ Denied    ____ Withdrawn    _____ Under Advisement
( ) ORDER SUBMITTED    ____ Approved    ____ Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court heard arguments from parties regarding the Motion to Dismiss.

The Court Granted the Motion to Dismiss for the reasons set forth on the record.  No
other written order will be forthcoming.

All release conditions imposed on the defendant are vacated.

( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT RELEASED ( ) as previously ordered ( ) see Release Conditions-
next page

**Courtroom Deputy:**