

**FILED**
DISTRICT COURT OF GUAM
SEP 02 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROLAND ASPRER GUZMAN, ) <br> ) <br> Defendants. ) <br> _____ ) | CRIMINAL CASE NO. 00-00052 <br><br> **ORDER RE: RETURN OF PASSPORT** |

Based upon the dismissal of this case on August 29, 2005, the Court hereby orders the return of the defendant's passport to the defendant.

**SO ORDERED** this 2 day of September, 2005.

S. JAMES OTERO*
District Court of Guam

---

*The Honorable S. James Otero, United States District Judge for Central District of California, by designation.