# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Roland Asprer De Guzman,<br><br>　　　　Defendant. | Case No. 1:00-cr-00052<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Entry on Minute Entry re Motion to Dismiss Hearing filed August 29, 2005,* on the dates indicated below:

| | |
|---|---|
| *U.S. Attorney's Office* | *Curtis Van de Veld* |
| *September 26, 2005* | *September 26, 2005* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Entry on Minute Entry re Motion to Dismiss Hearing filed August 29, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 26, 2005　　　　　　　　　　　　/s/ Marilyn B. Alcon
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk